THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, a Georgia state-chartered banking corporation, doing business as BALBOA CAPITAL CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>PETER F. DIPAOLO, MD, PA, a New Jersey Professional Corporation; PETER F. DIPAOLO, an individual,<br><br>Defendants. | Case No. 8:24-cv-00934 AB(ADSx)<br><br>**[PROPOSED] JUDGMENT**<br><br>Complaint Filed:   May 1, 2024 |

# [~~PROPOSED~~] JUDGMENT

Pursuant to the Order Granting Parties' Stipulation Re: Vacating Dismissal and Entry of Stipulated Judgment and good cause appearing, therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Judgment be entered in this matter, in favor of Plaintiff Ameris Bank d/b/a Balboa Capital Corporation, and against defendants Peter F. DiPaolo MD, PA, a New Jersey professional corporation, and Peter F. DiPaolo, jointly and severally, in the total amount of **$107,509.06**, which is a sum of the following:

    a. Compensatory damages in the amount owed of $100,100.00, on the Settlement Agreement (the "Settlement");

    b. Attorneys' fees in the amount of $6,023.00 on the Settlement;

    c. Prejudgment interest in the amount of $767.76, at the statutory rate of ten percent (10%) per annum, from September 9, 2025 (the date of breach) to November 21, 2025 (the date of filing the Stipulation) on the Settlement; and

    d. Costs in the amount of $618.30.

2. The Clerk is ordered to enter this Judgment forthwith.

Dated: November 25, 2025

_____
HON. ANDRE BIROTTE JR.
UNITED STATES DISTRICT JUDGE